101 F.3d 689
 Coopers and Lybrand, a Partnership, Phar-Mor,
Inc.,Westinghouse Credit Corporation, First Westinghouse
Capital Corporation, Giant Eagle of Delaware, Inc., Samuel
L. Amodeo, Allen Apter, Marcella Apter, Joseph Apter,
Clinical Cardiology Associates Pension Plan and Profit
Sharing Trusts, Joseph R. Faccenda, Robert A. Goldstein,
M.D., Raymond A. Huber, Edward J. Lewis, Joy D. Magrish,
Trustee of Trusts for Amy E. Magrish, Daniel Magrish, Michael
 NOS. 95-3515, 95-3516
 United States Court of Appeals,
Third Circuit.
 Oct 07, 1996
 
 1
 Appeal From: W.D.Pa., Nos. 94-207, 94-2077,
 
 185 B.R. 497
 
 2
 AFFIRMED.